

# THE CITY OF
# RALEIGH, NORTH CAROLINA

POST OFFICE BOX 590 • RALEIGH, NORTH CAROLINA 27602 • 919-996-3385

September 25, 2013

Mr. Kevin Antrone Hines
105 Shalon Court
Apex, NC 27502

Reference: Complaint Register No. C2013-011

Dear Mr. Hines:

This letter is to inform you that the above listed complaint has been investigated by the Internal Affairs Unit of the Raleigh Police Department.

After considering all the facts in this complaint, the Raleigh Police Department has determined the allegation of False Arrest and Departmental Rule Violation in your complaint to be Sustained and Discourtesy to be Not Sustained.

If you feel your complaint has been handled improperly and wish to pursue the complaint further, listed below is information and guidance to assist you:

1. Major P. A. Niemann, 6716 Six Forks Road, Raleigh, North Carolina, Phone Number (919)996-3155 will review the citizen complaint process and discuss your concerns.

2. You may appeal any finding to the City Manager's Office. The City Manager's Office is located in Room 228 of the Raleigh Municipal Building, 222 W. Hargett St., or call (919)996-3070.

## POLICE DEPARTMENT

*6716 SIX FORKS ROAD • RALEIGH, NORTH CAROLINA 27615 • 919-996-3385*
*Service—Courage—Fairness—Integrity—Compassion*

3. In cases of violations of criminal law, you may pursue it by contacting the Wake County District Attorney located on the 8th floor of the Wake County Courthouse, Raleigh, North Carolina, Phone Number (919)792-5000. He will discuss the situation with you and initiate action if deemed necessary.

4. Cases involving brutality or racial discrimination may be pursued by contacting the U.S. Department of Justice, Civil Rights Division, 601 D. Street NW, Room 5339, Washington, DC 20530, (202) 514-3204 or the nearest United States Attorney's Office. In Raleigh, the U.S. Attorney's address is Civil Rights Coordinator, United States Attorney's Office, Eastern District of North Carolina, 310 New Bern Avenue, Suite 800, Raleigh, NC 27601, (919) 856-4530, Fax (919) 856-4487.

If you have any further questions concerning this matter or if I can be of any further assistance, please do not hesitate to call upon me in Room 100, at 6716 Six Forks Road, Raleigh, North Carolina. My telephone number is (919)996-3155.

Sincerely,

*K. H. Riggsbee*

K. H. Riggsbee, Captain
Office of Professional Standards
Raleigh Police Department