# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
No. 5:16-cv-256-FL

| | |
|---|---|
| **KEVIN A. HINES**, <br><br> *Plaintiff*, <br><br> v. <br><br> **CITY OF RALEIGH**; **RODNEY LYMAN WARNER, III,** *in his individual and official capacity*, <br><br> *Defendants*. | **ORDER** |

In the above-captioned action, the parties have notified the Court of a tentative settlement and requested that the Court allow the parties fourteen (14) days to obtain approval from the Raleigh City Council. To allow finalization of the settlement, the parties moved for a stay of pending deadlines, including the deadline to file dispositive motions and motions governed by Paragraph II.C. of the Case Management Order [DE 62].

IT IS NOW ORDERED, for good cause shown, that this Court allows the parties' request for a fourteen-day period to finalize the parties' tentative settlement and hereby STAYS all pending deadlines, including the deadline to file dispositive motions and motions governed by Paragraph II.C. of the Case Management Order. The Parties are ORDERED to notify the Court no later than twenty (20) days from the date of this Order of the status of the settlement, and if the parties are unable to finalize the settlement, to include with the notice a proposed schedule for dispositive motions for the Court's approval.

SO ORDERED, this the 30th day of August, 2017.

LOUISE W. FLANAGAN
United States District Judge